# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: VCR I, LLC                                                CHAPTER 7 CASE #12-02009-EE

DEREK A. HENDERSON, TRUSTEE FOR THE                                              PLAINTIFF
BANKRUPTCY ESTATE OF VCR I, LLC

V.                                                       ADVERSARY PROCEEDING #17-00024-EE

MADISON COUNTY, MISSISSIPPI
BY AND THROUGH THE MADISON
COUNTY BOARD OF SUPERVISORS                                                      DEFENDANT

PARTIES NOTICED:

Derek Henderson, Esq.                          Office of United States Trustee
Katherine Bryant Snell, Esq.                   Sarah Elizabeth Wilson, Esq.

## NOTICE OF STATUS CONFERENCE

**YOU ARE HEREBY NOTIFIED** that there will be a **STATUS CONFERENCE** held on

the: *Motion for Preliminary Injunction Against Madison County, Mississippi and Request for*

*Hearing* (Adv. Dkt. #4) filed by Derek A. Henderson, Chapter 7 Trustee, in the above-styled

adversary proceeding on **TUESDAY, JULY 24, 2018, AT 11:00 A.M.,** or as soon thereafter as

counsel may be heard, at the United States Federal Courthouse, Bankruptcy Courtroom 4D, 4th Floor,

501 East Court Street, Jackson, Mississippi.

Dated: June 18, 2018.

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**

Contact Information:
Judge Ellington's Settlement Line 601-608-4643
Judge Ellington's Chambers 601-608-4670