_____



**SO ORDERED,**

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: July 6, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                     **BANKRUPTCY PROCEEDING**

**VCR I, LLC**                                             **CASE NUMBER: 12-02009 EE**

---

**DEREK A. HENDERSON, Trustee for the bankruptcy**
**estate of VCR I, LLC**                                              **PLAINTIFF**

**VS.**                                     **ADVERSARY PROCEEDING NO. 17-00024 EE**

**MADISON COUNTY, MISSISSIPPI**
**BY AND THROUGH THE MADISON**
**COUNTY BOARD OF SUPERVISORS**                           **DEFENDANT**

---

## AGREED ORDER OF DISMISSAL

---

Pursuant to Order Approving Compromise and Settlement - Madison County, Mississippi (Docket No. 666) and Final Judgment (Docket No. 667), the parties have agreed to the dismissal of this adversary proceeding.

THEREFORE, IT IS ORDERED that the adversary proceeding styled Derek A. Henderson, Trustee, for the bankruptcy estate of VCR I, LLC v. Madison County, Mississippi by and through the Madison County Board of Supervisors (Adversary Proceeding No. 17-00024 EE) is hereby

dismissed with prejudice.

## END OF ORDER ##

Agreed to by:


s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Trustee and Attorney for the Trustee
1765-A Lelia Drive, Suite 103
Jackson, Mississippi 39216
(601) 948-3167
derek@derekhendersonlaw.com


s/Katherine Bryant Snell
s/Katherine Bryant Snell, MSB #103607
Attorney for Madison County, Mississippi
PO Box 3007
Madison, MS 39130-3007
(601) 594-1108